IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MORGAN TRUCK BODY, LLC, | ) |
| | ) Civil Action |
| | ) No. 12-CV-06036 |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDRICKSON DISTRIBUTION LLC, | ) |
| | ) |
| Defendant | ) |
| and | ) |
| | ) |
| RICHARD BACON, | ) |
| | ) |
| Defendant | ) |

**O R D E R**

NOW, this 4th day of September, 2013, upon consideration of the following documents:

(1) Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, which motion was filed November 23, 2012; together with

(A) Letter dated December 21, 2010 from Randy Jenkins, Vice-President of Strategic Corporate Sourcing, Morgan Corporation, to Mr. Rick Bacon, Fredrickson Distribution; and

(B) Memorandum of Law in Support of Defendants Fredrickson Distribution LLC and Richard Bacon's Motion to Dismiss Plaintiff's Second Amended Complaint;

(2) Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, which memorandum was filed by plaintiff on December 6, 2012;

(3) Second Amended Complaint, which Plaintiff filed on November 7, 2012; together with

        (A)    Exhibit A, Confidentiality and Non-Disclosure Agreement made on May 28, 2009 between plaintiff, Morgan Truck Body, LLC and defendant Fredrickson Distribution, LLC;

and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that Defendant's Motion to Dismiss is denied.

<u>IT IS FURTHER ORDERED</u> that defendants shall have until September 20, 2013 to file and serve an answer to the Second Amended Complaint.

                                      BY THE COURT:


                                      <u>/s/ JAMES KNOLL GARDNER</u>
                                      James Knoll Gardner
                                      United States District Judge